UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| **NOBLE AMERICAS CORP.**, | : | Case No. 1:12-cv-03236-JMF |
| Petitioner, | : | ECF Case |
| -against- | : | |
| **IROQUOIS BIO-ENERGY COMPANY, LLC,** | : | **RULE 7.1 STATEMENT BY RESPONDENT IROQUOIS BIO-ENERGY COMPANY, LLC** |
| Respondent | : | |

----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for respondent Iroquois Bio-Energy Company, LLC ("IBEC") (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held. IBEC is owned by the following private limited liability companies:

> E85 Transport, LLC  - owner of 54% of the membership units;
>
> Hoosier Daddy, LLC – owner of 36% of the membership units; and
>
> Energetix Holdings III, LLC – owner of 10% of the membership units.

Dated: May 24, 2012

                                          Respectfully submitted,

                                          **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

                                          By:_____s/ Norris D. Wolff_____
                                          Norris D. Wolff

                                          551 Fifth Avenue, 18th Floor
                                          New York, New York 10176
                                          Telephone: (212) 986-6000
                                          Facsimile: (212) 986-8866
                                          Email: NWolff@kkwc.com

                                          *Attorneys for Respondent Iroquois Bio-Energy Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the following counsel of record, electronically through the Clerk's ECF system on May 24, 2012, by electronic mail, and by U.S. Mail.

>Michael Marks Cohen
>Fara Nichole Kitton
>Nicoletti Hornig & Sweeney
>88 Pine Street, 7th Floor
>New York, New York  10005
>Telephone:    212-220-0390
>Facsimile:    212-825-1864
>Email: mcohen@nicolettihornig.com
>fkitton@nicolettihornig.com

>>s/ Norris D. Wolff
>>Norris D. Wolff

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
551 Fifth Avenue, 18th Floor
New York, New York 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Case No. 1:12-cv-03236-JMF

NOBLE AMERICAS CORP.,

                                                                  Petitioner,

-against-

IROQUOIS BIO-ENERGY COMPANY, LLC,

                                                                  Respondent.

## RULE 7.1 STATEMENT BY RESPONDENT
## IROQUOIS BIO-ENERGY COMPANY, LLC

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, New York 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866

Attorneys for Respondents

**IROQUOIS BIO-ENERGY COMPANY, LLC**